UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIE MCDEVITT,<br>    *Plaintiff*, | Civil No.: 1:25-12062 |
| v. | |
| FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    *Defendant*. | June 1, 2026 |

**ORDER ENTERING JUDGMENT**
**UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Court hereby allows Defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g). This action shall be remanded to the Commissioner of Social Security for further administrative proceedings. Plaintiff agrees to remand on the following terms: On remand, the Administrative Law Judge will offer the claimant the opportunity for a hearing, re-evaluate the medical opinions and prior administrative medical findings, re-evaluate the claimant's past relevant work, take any further action necessary to complete the administrative record, and issue a new decision.

SO ORDERED this __3rd__ day of _____June_____, 2026

/s/ F. Dennis Saylor IV_____
Hon. F. Dennis Saylor IV
United States District Judge